UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nona Bonnie Bianca Jackson-Richie, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2481 (UNA) |
| ) | |
| Michael J. Jackson, ) | |
| ) | |
| Defendant. ) | |

FILED
SEP 04 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

According to the plaintiff, she is the widow of the late Michael Jackson and the biological mother of his two children. She demands recognition of their common law marriage and control of Mr. Jackson's estate, to include ownership of Neverland Ranch.

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint, the Court concludes that its factual allegations are baseless and wholly incredible. For this

reason, the complaint is frivolous and must be dismissed. *See* 28 U.S.C. § 1915(e)(1)(B). An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: ~~August~~ Sept. 3rd, 2019